MAUREEN E. MCCLAIN, Bar No. 062050
Email: mmcclain@littler.com
MATTHEW P. VANDALL, Bar No. 196962
Email: mvandall@littler.com
AIMÉE E. AXELROD, Bar No. 255589
Email: aaxelrod@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC. (erroneously herein sued as DOLLAR TREE CORP.)

ROBERT P. BIEGLER, Bar No.
Email: bieglerlaw@yahoo.com
THE BIEGLER LAW FIRM
725 University Ave
Sacramento, CA 95825
Telephone: 916.927.3971
Facsimile: 916.927.7869

Attorneys for Plaintiff
EUGENE KORTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EUGENE KORTE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE CORP.,<br><br>　　　　Defendant. | Case No.  2:12−CV−00541−LKK−AC<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE**<br><br>Complaint Filed:　December 8, 2011<br>FAC Filed:　　　　June 20, 2012<br>Trial Date:　　　　January 14, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE EXPERT DISCLSOURE DEADLINE

Case No.: 12−CV−00541−LKK−AC

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

Plaintiff Eugene Korte ("Plaintiff") and Defendant Dollar Tree Stores, Inc., erroneously sued as Dollar Tree Corp. ("Defendant") (collectively "Parties"), by and through their attorneys of record stipulate as follows:

**WHEREAS**, the Court set the trial date in this matter for January 14, 2014;

**WHEREAS,** the Court previously ordered that discovery shall close on March 21, 2013 and that experts shall be designated sixty (60) days prior to the close of discovery (e.g., by January 18, 2013);

**WHEREAS**, the Parties in good faith wish to explore the possibility of settlement prior to the disclosure of their expert reports, if any;

**WHEREAS**, the Parties agree that a brief extension of the expert disclosure deadline is in the interests of judicial economy and efficiency because the parties wish to explore the possibility of settlement before incurring the costs associated with designating experts; and

**WHEREAS**, no other requests to continue deadlines have been sought or are being sought by the Parties.

**IT IS NOW HEREBY STIPULATED AND AGREED** that:

The deadline to designate experts shall be extended from January 18, 2013 to February 15, 2013.

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT**

Dated: January 10, 2013

By:*/s/ Matthew P. Vandall*
MATTHEW P. VANDALL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DOLLAR TREE STORES, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE    2.    Case No.: 12−CV−00541−LKK−AC

Dated: January 10, 2013

By:*/s/ Robert P. Biegler*
ROBERT P. BIEGLER
THE BIEGLER LAW FIRM
Attorneys for Plaintiff
EUGENE KORTE

### ORDER ON STIPULATION

It is **ORDERED** that the deadline for designation of experts be continued from January 18, 2013 to February 15, 2013.

Dated: January 11, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE EXPERT DISCLOSURE DEADLINE     3.     Case No.: 12−CV−00541−LKK−AC