UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE KORTE,

        NO. CIV. S-12-541 LKK/EFB

    Plaintiff,

  v.

DOLLAR TREE STORES, INC.,        O R D E R

    Defendant.

_____/

    Defendant Dollar Tree Stores, Inc. moves for summary judgment and/or partial summary judgment. Hearing on the motion is currently set for Monday, May 13, 2013 at 10:00 a.m.

    Plaintiff Eugene Korte timely filed opposition papers on Monday, April 29, 2013. However, his points and authorities in support of his opposition (ECF No. 37) are severely deficient, in that they include numerous factual allegations without citation to the record. For example, pp. 4-5 of the P&A's set forth allegations purportedly showing that plaintiff has met the test for classification as a non-exempt employee. But there is no citation to either the specific undisputed fact(s) or specific paragraph(s)

1

1  of plaintiff's declaration supporting these allegations.

2  "[I]t is not [the] task . . . of the district court, to scour the record in search of a genuine issue of triable fact. We rely on the nonmoving party to identify with reasonable particularity the evidence that precludes summary judgment." Keenan v. Allan, 91 F.3d 1275, 1279 (9th Cir. 1996) (internal citation and quotation omitted). Or, as the Seventh Circuit has more pithily put it, "Judges are not like pigs, hunting for truffles buried in the record." Albrechtsen v. Bd. of Regents of the Univ. of Wisconsin Sys., 309 F.3d 433, 436 (7th Cir. 2002) (internal citation and quotation omitted).

Fed. R. Civ. P. 56(e)(1) provides that "[i]f a party fails to properly support an assertion of fact . . . the court may give an opportunity to properly support . . . the fact[.]"

In light of the foregoing, the court hereby orders as follows:

[1] Plaintiff's Points and Authorities in Opposition to Defendant's Motion for Summary Judgment (ECF No. 37) are STRICKEN in their entirety.

[2] Plaintiff is DIRECTED to file amended Points and Authorities in Opposition to Defendant's Motion for Summary Judgment that conform with this order no later than Friday, May 10, 2013.

[3] Defendant is GRANTED leave to file a Reply to plaintiff's Opposition no later than Friday, May 17, 2013.

[4] The hearing on defendant's Motion for Summary Judgment and/or Partial Summary Judgment is CONTINUED to Tuesday, May

```
1      28, 2013 at 10:00 a.m.
2      IT IS SO ORDERED.
3      DATED:  May 3, 2013.
4
5
6                               _____
                                LAWRENCE K. KARLTON
7                               SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
8
```

3