1 MAUREEN E. MCCLAIN, Bar No. 062050
Email: mmcclain@littler.com
2 CONSTANCE E. NORTON, Bar No. 146365
Email: cnorton@littler.com
3 LISA K. HORGAN, Bar No. 267632
Email: lhorgan@littler.com
4 LITTLER MENDELSON, P.C.
650 California Street
5 20th Floor
San Francisco, CA  94108.2693
6 Telephone:    415.433.1940
Facsimile:    415.399.8490
7

8 Attorneys for Defendant
DOLLAR TREE STORES, INC. (ERRONEOUSLY
SUED AS DOLLAR TREE CORP)
9
ROBERT P. BIEGLER, Bar No. 88506
10 Email:  bieglerlaw@yahoo.com
THE BIEGLER LAW FIRM
11 725 University Avenue
Sacramento, CA 95825
12 Telephone:    916.927.3971
Facsimile:    916.927.7869
13
Attorneys for Plaintiff
14 EUGENE KORTE

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17                           SACRAMENTO DIVISION

18

| 19 EUGENE KORTE, | Case No.  2:12-cv-00541 LKK AC |
|---|---|
| 20            Plaintiff, | **STIPULATION AND ORDER CONTINUING PRETRIAL EXHIBIT EXCHANGE AND RELATED OBJECTIONS DEADLINES** |
| 21 v. | |
| 22 DOLLAR TREE CORP, | |
| 23            Defendants. | **COMPLAINT FILED:**   December 8, 2011 **FIRST AMENDED COMPLAINT FILED:**   June 20, 2012 **TRIAL DATE**:   January 14, 2014 |

25

26

27

28

STIP AND [PROPOSED] ORDER RE
EXHIBIT EXCHANGE AND OBJECTIONS

CASE NO. 2:12-cv-00541 LKK AC

1  The parties to this action, Dollar Tree Stores, Inc. (erroneously sued as Dollar Tree Corp) ("Dollar Tree") and Plaintiff Eugene Korte ("Plaintiff")(collectively the "Parties"), by their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, as set forth in the Court's Pretrial Conference Order (Tentative) (ECF No. 56), the Court has ordered the Parties to brief the issue of whether the Court continues to have jurisdiction over this matter pursuant to 28 U.S.C. § 1332;

**WHEREAS**, Dollar Tree's brief is due to the Court on September 13, 2013 and Plaintiff's reply brief is due by September 20, 2013;

**WHEREAS**, the Court's Pretrial Conference Order (Tentative) requires the Parties to exchange copies of each trial exhibit by September 13, 2013 and submit any objections to said exhibits by September 27, 2013 (the "Exhibit Exchange and Objection Deadlines");

**WHEREAS**, the Parties agree that a brief extension on the Exhibit Exchange and Objection Deadlines to October 14, 2013 and October 28, 2013 respectively to allow the Court time to rule on the jurisdictional issue is in the interests of judicial economy and efficiency.

**IT IS NOW HEREBY STIPULATED AND AGREED** that:

The deadline to exchanges copies of each trial exhibit shall be extended from September 13, 2013 to October 14, 2013, and the deadline to submit any objections to said exhibits shall be extended from September 27, 2013 to October 28, 2013.

**THE FILER OF THE DOCUMENT ATTESTS THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**

Dated: September 10, 2013          By:*/s/ Robert P. Biegler* (as authorized on 9/10/13)
                                      ROBERT P. BIEGLER
                                      THE BIEGLER LAW FIRM
                                      Attorneys for Plaintiff
                                      EUGENE KORTE

Dated: September 10, 2013          By:*/s/ Constance E. Norton*
                                      CONSTANCE E. NORTON
                                      LITTLER MENDELSON, P.C.
                                      Attorneys for Defendant
                                      DOLLAR TREE STORES, INC.
                                      (ERRONEOUSLY SUED AS DOLLAR TREE CORP)

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER RE EXHIBIT EXCHANGE AND OBJECTIONS    1.    CASE NO. 2:12-cv-00541 LKK AC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: September 11, 2013.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER RE
EXHIBIT EXCHANGE AND OBJECTIONS          2.          CASE NO. 2:12-cv-00541 LKK AC