1  MAUREEN E. MCCLAIN, Bar No. 062050
   Email: mmcclain@littler.com
2  CONSTANCE E. NORTON, Bar No. 146365
   Email: cnorton@littler.com
3  LISA K. HORGAN, Bar No. 267632
   Email: lhorgan@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, CA  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
8  Attorneys for Defendant
   DOLLAR TREE STORES, INC. (ERRONEOUSLY
   SUED AS DOLLAR TREE CORP)
9
   ROBERT P. BIEGLER, Bar No. 88506
10 Email:  bieglerlaw@yahoo.com
   THE BIEGLER LAW FIRM
11 725 University Avenue
   Sacramento, CA 95825
12 Telephone:    916.927.3971
   Facsimile:    916.927.7869
13
   Attorneys for Plaintiff
14 EUGENE KORTE

15                     UNITED STATES DISTRICT COURT

16                     EASTERN DISTRICT OF CALIFORNIA

17                          SACRAMENTO DIVISION

18

| 19 | EUGENE KORTE, | Case No.  2:12-cv-00541 LKK AC |
|---|---|---|
| 20 | Plaintiff, | **STIPULATION AND ORDER CONTINUING PRETRIAL EXHIBIT EXCHANGE AND RELATED OBJECTIONS DEADLINES** |
| 21 | v. | |
| 22 | DOLLAR TREE CORP, | |
| 23 | Defendants. | **COMPLAINT FILED:**   December 8, 2011<br>**FIRST AMENDED**<br>**COMPLAINT FILED:**   June 20, 2012 |
| 24 | | **TRIAL DATE**:   January 14, 2014 |

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER RE
EXHIBIT EXCHANGE AND OBJECTIONS

CASE NO. 2:12-cv-00541 LKK AC

1    The parties to this action, Dollar Tree Stores, Inc. (erroneously sued as Dollar Tree
2    Corp) ("Dollar Tree") and Plaintiff Eugene Korte ("Plaintiff")(collectively the "Parties"), by their
3    respective counsel, hereby stipulate and agree as follows:

4    **WHEREAS**, as set forth in the Court's Pretrial Conference Order (Tentative) (ECF
5    No. 56), the Court has ordered the Parties to brief the issue of whether the Court continues to have
6    jurisdiction over this matter pursuant to 28 U.S.C. § 1332;

7    **WHEREAS**, Dollar Tree's brief is due to the Court on September 13, 2013 and
8    Plaintiff's reply brief is due by September 20, 2013;

9    **WHEREAS**, the Court's Pretrial Conference Order (Tentative) requires the Parties to
10   exchange copies of each trial exhibit by September 13, 2013 and submit any objections to said
11   exhibits by September 27, 2013 (the "Exhibit Exchange and Objection Deadlines");

12   **WHEREAS**, the Parties agree that a brief extension on the Exhibit Exchange and
13   Objection Deadlines to October 14, 2013 and October 28, 2013 respectively to allow the Court time
14   to rule on the jurisdictional issue is in the interests of judicial economy and efficiency.

15   **IT IS NOW HEREBY STIPULATED AND AGREED** that:

16   The deadline to exchanges copies of each trial exhibit shall be extended from
17   September 13, 2013 to October 14, 2013, and the deadline to submit any objections to said exhibits
18   shall be extended from September 27, 2013 to October 28, 2013.

19   **THE FILER OF THE DOCUMENT ATTESTS THAT THE CONTENT OF**
20   **THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS**
21   **DOCUMENT.**

22   Dated: September 10, 2013          By:/s/ Robert P. Biegler (as authorized on 9/10/13)
23                                          ROBERT P. BIEGLER
                                             THE BIEGLER LAW FIRM
24                                           Attorneys for Plaintiff
                                             EUGENE KORTE

25   Dated: September 10, 2013          By:/s/ Constance E. Norton
                                             CONSTANCE E. NORTON
26                                           LITTLER MENDELSON, P.C.
                                             Attorneys for Defendant
27                                           DOLLAR TREE STORES, INC.
                                             (ERRONEOUSLY SUED AS DOLLAR
28                                           TREE CORP)

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER RE
EXHIBIT EXCHANGE AND OBJECTIONS          1.          CASE NO. 2:12-cv-00541 LKK AC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: September 11, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER RE
EXHIBIT EXCHANGE AND OBJECTIONS

2.

CASE NO. 2:12-cv-00541 LKK AC