UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KORTE,<br><br>      Plaintiff,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>      Defendant. | No.  CIV. S-12-541 LKK/EFB<br><br><br>**ORDER** |

    Having reviewed the parties' submissions (ECF No. 59, 60), the court is satisfied that it retains subject matter jurisdiction over this matter, despite plaintiff's concession that the damages at issue are now less than $75,000.00. Accordingly, the parties are DIRECTED to proceed as set forth in the Pretrial Order. (ECF No. 56.)

    IT IS SO ORDERED.

    DATED:  September 24, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1