1  MAUREEN E. MCCLAIN, Bar No. 062050
   Email: mmcclain@littler.com
2  CONSTANCE E. NORTON, Bar No. 146365
   Email: cnorton@littler.com
3  LISA K. HORGAN, Bar No. 267632
   Email: lhorgan@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, CA  94108.2693
6  Telephone:   415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  DOLLAR TREE STORES, INC. (ERRONEOUSLY
   SUED AS DOLLAR TREE CORP)
9
   ROBERT P. BIEGLER, Bar No. 88506
10 Email:  bieglerlaw@yahoo.com
   THE BIEGLER LAW FIRM
11 725 University Avenue
   Sacramento, CA 95825
12 Telephone:   916.927.3971
   Facsimile:    916.927.7869
13
   Attorneys for Plaintiff
14 EUGENE KORTE

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17                          SACRAMENTO DIVISION

18

19 | EUGENE KORTE,              | Case No.  2:12-cv-00541 LKK AC |
20 |         Plaintiff,         | **STIPULATION AND ORDER CONTINUING SETTLEMENT** |
21 | v.                         | **CONFERENCE TO NOVEMBER 1, 2013** |
22 | DOLLAR TREE CORP,          | **COMPLAINT FILED:**   December 8, 2011 |
23 |         Defendants.        | **FIRST AMENDED COMPLAINT FILED:**   June 20, 2012 |
   |                            | **TRIAL DATE**:   January 14, 2014 |

STIP. AND [PROP] ORDER CONTINUING
SETTLEMENT CONF. TO NOVEMBER 1, 2013

CASE NO. 2:12-cv-00541 LKK AC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  The parties to this action, Dollar Tree Stores, Inc. (erroneously sued as Dollar Tree
2  Corp) ("Dollar Tree") and Plaintiff Eugene Korte ("Plaintiff")(collectively the "Parties"), by their
3  respective counsel, hereby stipulate and agree as follows:

4  **WHEREAS**, as set forth in the Court's Pretrial Conference Order (Tentative) [ECF
5  No. 56], the Parties are ordered to participate in a Settlement Conference before Magistrate Judge
6  Kendall J. Newman on October 29, 2013;

7  **WHEREAS**, Dollar Tree's party representative (Assistant General Counsel,
8  Employment) must travel from Norfolk, Virginia to attend the Settlement Conference in person.
9  However, she has a pre-scheduled commitment in Virginia on October 30, which she will miss under
10 the present schedule, if she must return to Virginia the evening of October 29. Moreover, she is
11 required to fly to California on November 1 in any event for pre-trial preparations in a separate
12 action set to go to trial in the Central District on November 5, 2013 and conducting the Settlement
13 Conference in this matter on November 1 would eliminate the need for her to travel to and from
14 California twice in one week;

15 **WHEREAS**, to accommodate the travel schedule of Dollar Tree's corporate
16 representative, the parties have agreed to conduct the Settlement Conference on November 1, and
17 anticipate that the Conference could begin at any time after 12:30 p.m. in Courtroom 25. Settlement
18 Conference Statements shall be due pursuant to the schedule set forth in the Trial Order [ECF No.
19 56];

20 ///
21
22 ///
23
24 ///
25
26 ///
27
28 ///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [PROP] ORDER CONTINUING
SETTLEMENT CONF. TO NOVEMBER 1, 2013      1.      CASE NO. 2:12-cv-00541 LKK AC

**IT IS NOW HEREBY STIPULATED AND AGREED** that:

The Settlement Conference in this matter shall be held in Courtroom 25 on November 1, 2013 beginning at 12:30 p.m., or at a time thereafter that is convenient for the Court.

**THE FILER OF THE DOCUMENT ATTESTS THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**

Dated: October 8, 2013

By:*/s/ Robert P. Biegler* (as authorized on 10/8/13)
ROBERT P. BIEGLER
THE BIEGLER LAW FIRM
Attorneys for Plaintiff
EUGENE KORTE

Dated:  October 8, 2013

By:*/s/ Constance E. Norton*
CONSTANCE E. NORTON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DOLLAR TREE STORES, INC.
(ERRONEOUSLY SUED AS DOLLAR TREE CORP)

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  October 8, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Firmwide:123525494.1 061603.1055

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. AND [PROP] ORDER CONTINUING SETTLEMENT CONF. TO NOVEMBER 1, 2013     2.     CASE NO. 2:12-cv-00541 LKK AC