1  MAUREEN E. MCCLAIN, Bar No. 062050
   Email: mmcclain@littler.com
2  CONSTANCE E. NORTON, Bar No. 146365
   Email: cnorton@littler.com
3  LISA K. HORGAN, Bar No. 267632
   Email: lhorgan@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, CA  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  DOLLAR TREE STORES, INC. (ERRONEOUSLY
   SUED AS DOLLAR TREE CORP)
9
   ROBERT P. BIEGLER, Bar No. 88506
10 Email:  bieglerlaw@yahoo.com
   THE BIEGLER LAW FIRM
11 725 University Avenue
   Sacramento, CA 95825
12 Telephone:    916.927.3971
   Facsimile:    916.927.7869
13
   Attorneys for Plaintiff
14 EUGENE KORTE

15                 UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17                      SACRAMENTO DIVISION

18

19 EUGENE KORTE,                          Case No.  2:12-cv-00541 LKK AC

20             Plaintiff,                 **STIPULATION AND ORDER
                                          CONTINUING SETTLEMENT
21 v.                                     CONFERENCE TO NOVEMBER 1, 2013**

22 DOLLAR TREE CORP,                      **COMPLAINT FILED:**      December 8, 2011
                                          **FIRST AMENDED
23            Defendants.                 COMPLAINT FILED:**        June 20, 2012
                                          **TRIAL DATE**:           January 14, 2014
24

25

26

27

28

STIP. AND [PROP] ORDER CONTINUING
SETTLEMENT CONF. TO NOVEMBER 1, 2013              CASE NO. 2:12-cv-00541 LKK AC

1    The parties to this action, Dollar Tree Stores, Inc. (erroneously sued as Dollar Tree

2    Corp) ("Dollar Tree") and Plaintiff Eugene Korte ("Plaintiff")(collectively the "Parties"), by their

3    respective counsel, hereby stipulate and agree as follows:

4    **WHEREAS**, as set forth in the Court's Pretrial Conference Order (Tentative) [ECF

5    No. 56], the Parties are ordered to participate in a Settlement Conference before Magistrate Judge

6    Kendall J. Newman on October 29, 2013;

7    **WHEREAS**, Dollar Tree's party representative (Assistant General Counsel,

8    Employment) must travel from Norfolk, Virginia to attend the Settlement Conference in person.

9    However, she has a pre-scheduled commitment in Virginia on October 30, which she will miss under

10   the present schedule, if she must return to Virginia the evening of October 29.  Moreover, she is

11   required to fly to California on November 1 in any event for pre-trial preparations in a separate

12   action set to go to trial in the Central District on November 5, 2013 and conducting the Settlement

13   Conference in this matter on November 1 would eliminate the need for her to travel to and from

14   California twice in one week;

15   **WHEREAS**, to accommodate the travel schedule of Dollar Tree's corporate

16   representative, the parties have agreed to conduct the Settlement Conference on November 1, and

17   anticipate that the Conference could begin at any time after 12:30 p.m. in Courtroom 25.  Settlement

18   Conference Statements shall be due pursuant to the schedule set forth in the Trial Order [ECF No.

19   56];

20   ///

21

22   ///

23

24   ///

25

26   ///

27

28   ///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. AND [PROP] ORDER CONTINUING
SETTLEMENT CONF. TO NOVEMBER 1, 2013          1.          CASE NO. 2:12-cv-00541 LKK AC

1    **IT IS NOW HEREBY STIPULATED AND AGREED** that:

2         The Settlement Conference in this matter shall be held in Courtroom 25 on November

3    1, 2013 beginning at 12:30 p.m., or at a time thereafter that is convenient for the Court.

4         **THE FILER OF THE DOCUMENT ATTESTS THAT THE CONTENT OF**

5    **THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS**

6    **DOCUMENT.**

7    Dated: October 8, 2013                    By:*/s/ Robert P. Biegler* (as authorized on  10/8/13)
                                                    ROBERT P. BIEGLER
8                                                   THE BIEGLER LAW FIRM
                                                    Attorneys for Plaintiff
9                                                   EUGENE KORTE

10

11   Dated:  October 8, 2013                   By:*/s/ Constance E. Norton*
                                                    CONSTANCE E. NORTON
12                                                  LITTLER MENDELSON, P.C.
                                                    Attorneys for Defendant
13                                                  DOLLAR TREE STORES, INC.
                                                    (ERRONEOUSLY SUED AS DOLLAR
14                                                  TREE CORP)

15

16   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

17   Dated:  October 8, 2013

18

19   Firmwide:123525494.1 061603.1055          KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. AND [PROP] ORDER CONTINUING         2.              CASE NO. 2:12-cv-00541 LKK AC
SETTLEMENT CONF. TO NOVEMBER 1, 2013