MAUREEN E. MCCLAIN, Bar No. 062050
Email: mmcclain@littler.com
CONSTANCE E. NORTON, Bar No. 146365
Email: cnorton@littler.com
LISA K. HORGAN, Bar No. 267632
Email: lhorgan@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC. (ERRONEOUSLY SUED AS DOLLAR TREE CORP)

ROBERT P. BIEGLER, Bar No. 88506
Email:  bieglerlaw@yahoo.com
THE BIEGLER LAW FIRM
725 University Avenue
Sacramento, CA 95825
Telephone:   916.927.3971
Facsimile:    916.927.7869

Attorneys for Plaintiff
EUGENE KORTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EUGENE KORTE,<br><br>          Plaintiff,<br><br>v.<br><br>DOLLAR TREE CORP,<br><br>          Defendants. | Case No.  2:12-cv-00541 LKK AC<br><br>**SECOND STIPULATION AND ORDER CONTINUING PRETRIAL EXHIBIT EXCHANGE AND RELATED OBJECTIONS DEADLINES**<br><br>**COMPLAINT FILED:**      December 8, 2011<br>**FIRST AMENDED**<br>**COMPLAINT FILED:**      June 20, 2012<br>**TRIAL DATE**:                    January 14, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

SECOND STIP AND [PROPOSED] ORDER
RE EXHIBIT EXCHANGE AND OBJS

CASE NO. 2:12-cv-00541 LKK AC

1  The parties to this action, Dollar Tree Stores, Inc. (erroneously sued as Dollar Tree
2  Corp) ("Dollar Tree") and Plaintiff Eugene Korte ("Plaintiff")(collectively the "Parties"), by their
3  respective counsel, hereby stipulate and agree as follows:

4  **WHEREAS**, as set forth in the Court's Pretrial Conference Order (Tentative) [ECF
5  No. 56], the Court ordered the Parties to participate in a Settlement Conference before Magistrate
6  Judge Kendall J. Newman on October 29, 2013.  To accommodate the travel schedule for Dollar
7  Tree's corporate representative, and with the approval of the Magistrate's clerk, the Parties have
8  separately stipulated to continue the Settlement Conference to November 1, 2013;

9  **WHEREAS**, pursuant to Stipulation and Order [ECF No. 58] the Court continued the
10 deadline previously set in its Pretrial Conference Order (Tentative) [ECF No. 56] that required the
11 Parties to exchange copies of each trial exhibit by September 13, 2013 and to submit any objections
12 to said exhibits by September 27, 2013, setting the new dates as October 14, 2013 and October 28,
13 2013, respectively (the "Exhibit Exchange and Objection Deadlines");

14 **WHEREAS**, the Parties agree that a further brief extension of the Exhibit Exchange
15 and Objection Deadlines to November 11, 2013 and November 25, 2013, respectively, will allow the
16 Parties to maximize their attendance at the Settlement Conference, and is the interest of potential
17 cost savings to the Parties as well as in furtherance of the interests of judicial economy and
18 efficiency.
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SECOND STIP AND [PROPOSED] ORDER
RE EXHIBIT EXCHANGE AND OBJS           1.            CASE NO. 2:12-cv-00541 LKK AC

**IT IS NOW HEREBY STIPULATED AND AGREED** that:

The deadline to exchange copies of each trial exhibit shall be further extended from October 14, 2013 to November 11, 2013, and the deadline to submit any objections to said exhibits shall be extended from October 28, 2013 to November 25, 2013.

**THE FILER OF THE DOCUMENT ATTESTS THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**

Dated: October 8, 2013            By: */s/ Robert P. Biegler* (as authorized on 10/8/13)
                                  ROBERT P. BIEGLER
                                  THE BIEGLER LAW FIRM
                                  Attorneys for Plaintiff
                                  EUGENE KORTE

Dated:  October 8, 2013           By: */s/ Constance E. Norton*
                                  CONSTANCE E. NORTON
                                  LITTLER MENDELSON, P.C.
                                  Attorneys for Defendant
                                  DOLLAR TREE STORES, INC.
                                  (ERRONEOUSLY SUED AS DOLLAR TREE CORP)

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  October 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:123494960.1 061603.1055

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

SECOND STIP AND [PROPOSED] ORDER RE EXHIBIT EXCHANGE AND OBJS    2.    CASE NO. 2:12-cv-00541 LKK AC