1  MAUREEN E. MCCLAIN, Bar No. 062050
   Email: mmcclain@littler.com
2  CONSTANCE E. NORTON, Bar No. 146365
   Email: cnorton@littler.com
3  LISA K. HORGAN, Bar No. 267632
   Email: lhorgan@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, CA  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  DOLLAR TREE STORES, INC. (ERRONEOUSLY
   SUED AS DOLLAR TREE CORP)
9
   ROBERT P. BIEGLER, Bar No. 88506
10 Email:  bieglerlaw@yahoo.com
   THE BIEGLER LAW FIRM
11 725 University Avenue
   Sacramento, CA 95825
12 Telephone:    916.927.3971
   Facsimile:    916.927.7869
13
   Attorneys for Plaintiff
14 EUGENE KORTE

15                    UNITED STATES DISTRICT COURT
16                    EASTERN DISTRICT OF CALIFORNIA
17                    SACRAMENTO DIVISION
18

| | |
|---|---|
| EUGENE KORTE,<br><br>             Plaintiff,<br><br>v.<br><br>DOLLAR TREE CORP,<br><br>             Defendants. | Case No.  2:12-cv-00541 LKK AC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF CIVIL ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**DEPT:** Courtroom 4, 15th Floor<br>**JUDGE:** Lawrence K. Karlton<br><br>**COMPLAINT FILED:**    December 8, 2011<br>**FIRST AMENDED**<br>**COMPLAINT FILED:**    June 20, 2012<br>**TRIAL DATE**:              January 14, 2014 |

STIPULATED   DISMISSAL   WITH PREJUDICE OF CIVIL ACTION

Case No. 2:12-cv-00541 LKK AC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  **IT IS HEREBY STIPULATED** by and between Plaintiff EUGENE KORTE, acting
2  through his attorney of record The Biegler Law Firm, and Defendant DOLLAR TREE STORES,
3  INC. (erroneously sued as Dollar Tree Corp.), acting through its attorneys of record Littler
4  Mendelson, P.C., that this action shall be dismissed in its entirety, with prejudice, pursuant to Fed. R.
5  Civ. P. (41)(a)(1)(A)(ii).

6  **IT IS FURTHER STIPULATED** and agreed that each party to this litigation shall
7  bear his/its own costs and attorneys' fees incurred in conjunction with this action.

8  I, the filer of this document attest that all other signatories listed, and on whose behalf
9  the filing is submitted, concur in the filing's content and have authorized the filing.

11  Dated: November 1, 2013         By:/s/*Robert P. Biegler* *(as authorized on 11/1/13)*
12                                    ROBERT P. BIEGLER
                                      THE BIEGLER LAW FIRM
13                                    Attorneys for Plaintiff
                                      EUGENE KORTE

15  Dated:  November 1, 2013        By:/s/*Constance E. Norton* *(as authorized on 11/1/13)*
16                                    CONSTANCE E. NORTON
                                      LITTLER MENDELSON, P.C.
17                                    Attorneys for Defendant
                                      DOLLAR TREE STORES, INC.
18                                    (ERRONEOUSLY SUED AS DOLLAR
                                      TREE CORP)

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

21  Dated:  November 18, 2013

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED DISMISSAL WITH PREJUDICE OF CIVIL ACTION

Case No. 2:12-cv-00541 LKK AC