1  MAUREEN E. MCCLAIN, Bar No. 062050
   Email: mmcclain@littler.com
2  CONSTANCE E. NORTON, Bar No. 146365
   Email: cnorton@littler.com
3  LISA K. HORGAN, Bar No. 267632
   Email: lhorgan@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, CA  94108.2693
6  Telephone:   415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  DOLLAR TREE STORES, INC. (ERRONEOUSLY
   SUED AS DOLLAR TREE CORP)
9
   ROBERT P. BIEGLER, Bar No. 88506
10 Email:  bieglerlaw@yahoo.com
   THE BIEGLER LAW FIRM
11 725 University Avenue
   Sacramento, CA 95825
12 Telephone:   916.927.3971
   Facsimile:    916.927.7869
13
   Attorneys for Plaintiff
14 EUGENE KORTE

15                    UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17                          SACRAMENTO DIVISION

18

19 | EUGENE KORTE, | Case No.  2:12-cv-00541 LKK AC
20 | Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE OF CIVIL ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**
21 | v. |
22 | DOLLAR TREE CORP, |
23 | Defendants. | **DEPT:** Courtroom 4, 15th Floor
   |               | **JUDGE:**  Lawrence K. Karlton
24 |   | **COMPLAINT FILED:**   December 8, 2011
   |   | **FIRST AMENDED**
25 |   | **COMPLAINT FILED:**   June 20, 2012
   |   | **TRIAL DATE**:   January 14, 2014
26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED   DISMISSAL   WITH PREJUDICE OF CIVIL ACTION    Case No. 2:12-cv-00541 LKK AC

**IT IS HEREBY STIPULATED** by and between Plaintiff EUGENE KORTE, acting through his attorney of record The Biegler Law Firm, and Defendant DOLLAR TREE STORES, INC. (erroneously sued as Dollar Tree Corp.), acting through its attorneys of record Littler Mendelson, P.C., that this action shall be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. (41)(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED** and agreed that each party to this litigation shall bear his/its own costs and attorneys' fees incurred in conjunction with this action.

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 1, 2013      By: */s/Robert P. Biegler (as authorized on 11/1/13)*
ROBERT P. BIEGLER
THE BIEGLER LAW FIRM
Attorneys for Plaintiff
EUGENE KORTE

Dated:  November 1, 2013     By: */s/Constance E. Norton (as authorized on 11/1/13)*
CONSTANCE E. NORTON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DOLLAR TREE STORES, INC.
(ERRONEOUSLY SUED AS DOLLAR TREE CORP)

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  November 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED DISMISSAL WITH PREJUDICE OF CIVIL ACTION

Case No. 2:12-cv-00541 LKK AC